NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MED-EL ELEKTROMEDIZINISCHE GERATE GMBH, MED-EL CORPORATION, USA,**
*Plaintiffs/Counterclaim Defendants-Appellants*

**v.**

**ADVANCED BIONICS, LLC,**
*Defendant/Counterclaimant-Appellee*

**ADVANCED BIONICS AG, SONOVA AG,**
*Counterclaimants-Appellees*

---

2025-1249

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01530-JDW, Judge Joshua D. Wolson.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2 MED-EL ELEKTROMEDIZINISCHE GERATE GMBH v. ADVANCED
BIONICS, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

May 29, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 29, 2025